

**FILED**
**Dec 06, 2024**
**09:09 AM(ET)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
# IN THE COURT OF WORKERS' COMPENSATION CLAIMS
# AT KNOXVILLE

| | | |
|---|---|---|
| Walter Disspayne, | ) | Docket No. 2021-03-0136 |
| Employee, | ) | |
| v. | ) | |
| Campbell County, | ) | State File No. 61294-2020 |
| Employer, | ) | |
| And | ) | |
| The Local Government Workers' | ) | Judge Pamela B. Johnson |
| Compensation Fund, | ) | |
| Carrier. | ) | |

---

## AGREED COMPENSATION ORDER
## ORDER OF DISMISSAL WITH REGARD TO EMPLOYEE'S PETITION FOR BENEFIT DETERMINATION
## AND
## APPROVING  EMPLOYEE ATTORNEY'S REQUESTED FEE PURUSANT TO TENNESSEE CODE ANNOTATED SECTION 50-6-226(d)

---

This cause came before this Court regarding a Petition for Benefit Determination filed by the Employee on or about July 21, 2023 ("the PBD") regarding claimed outstanding medical bills for services provided to the Employee on December 11, 2020 at LaFollette Medical Center in LaFollette, Tennessee.   A Dispute Certification Notice was filed on  November 27, 2023. The applicable injury date is  September  16, 2020, and the Employee was entitled to reasonable and necessary Tennessee Code Annotated section 50-6-204 medical treatment pursuant to the settlement terms approved by this Court on  February 9, 2023.    Upon announcement to the Court by the Parties, through their respective counsel, that the medical bill issue has been resolved and that the

1

Employer and Carrier have reached an agreement with Counsel for the Employee for the payment of $2,858.30 for the requested attorney's fee of Counsel for the Employee, the Court finds that said attorney's fee in the amount of $2,858.30 is reasonable pursuant to Tennessee Code Annotated section 50-6-226(d) and is to be paid by the Employer/Carrier to Counsel for the Employee ; the Court dismisses Employee's cause associated with the July 21, 2023 PBD; and the Court taxes the filing fee of $150.00 to Employer Campbell County.

**It is ORDERED.**

**ENTERED** December 6, 2024.

JUDGE PAMELA B. JOHNSON
**Court of Workers' Compensation Claims**

2

**Approved for Entry:**


_____ *by Attorney Rick Apperson with permission*
Ameesh A. Kherani -  030218        *given by Ameesh Kherani on   12/03/2024*
Attorney for Employee
112 Cumberland Lane
Jacksboro, TN  37757
(865) 777-0786
akherani@kheranilaw.com



_____
Rick L. Apperson – 017238
Attorney for Employer and Carrier
Spicer Rudstrom, PLLC
800 S. Gay Street, Suite 1400
Knoxville, TN  37929
(865) 244-4663
rapperson@spicerfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated on  December 6, 2024            .

| Name | Mail | Via Email | Service sent to: |
|---|---|---|---|
| Ameesh Kherani, Employee's Attorney | | X | akherani@kheranilaw.com |
| Rhonda Bradshaw, Employer's Attorney | | X | rbradshaw@spicerfirm.com |

*Penny Shrum*

**PENNY SHRUM, COURT CLERK**
**Wc.courtclerk@tn.gov**